UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WILLIAMS WORLDWIDE SHIPPING & TRADING, INC., | : | Case No. 18-45676 (CEC) |
| | : | |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that McCarter & English, LLP hereby enters its appearance on behalf of Wells Fargo Bank, N.A. ("Wells Fargo"), a creditor and party-in-interest in these bankruptcy proceedings, and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given, and all papers served or required to be served, in these proceedings be given or served upon the following counsel of record for Wells Fargo:

> Joseph J. Cherico, Esq.
> McCarter & English, LLP
> One Canterbury Green
> 201 Broad St.
> Stamford, CT 06901
> jcherico@mccarter.com

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, facsimile or otherwise, which affects or may affect, in any way, the rights or interests of Wells Fargo with respect to the Debtor in these proceedings or any property or proceeds in which the Debtor may claim an interest.

ME1 28436481v.1

2

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) Wells Fargo's right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) Wells Fargo's right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Wells Fargo's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) any other rights, claims, defenses, setoffs or recoupments to which Wells Fargo is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 29, 2018

          McCARTER & ENGLISH, LLP


          By: /s/ Joseph J. Cherico
              Joseph J. Cherico (jc5830)

          One Canterbury Green
          201 Broad Street
          Stamford, CT 06901
          Tel.:   (203) 399-5900
          Fax:   (203) 399-5800
          Email: jcherico@mccarter.com

          Attorneys for Creditor Wells Fargo Bank, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 29, 2018, a copy of the foregoing Notice of Appearance and Request for Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph J. Cherico
Joseph J. Cherico (jc5830)
McCarter & English, LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel.:   (203) 399-5900
Fax:   (203) 399-5800
Email: jcherico@mccarter.com

ME1 28436481v.1